139

(No. 75-CC-54— )

KROCH'S AND BRENTANO'S, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed October 11, 1974.*

KROCH'S AND BRENTANO'S, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-56— )

KROCH'S AND BRENTANO'S, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed October 11, 1974.*

KROCH'S AND BRENTANO'S, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-61— )

KROCH'S AND BRENTANO'S, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed October 11, 1974.*

KROCH'S AND BRENTANO'S, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-610—

CENTRAL OFFICE EQUIP. Co., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed October 18, 1974.*

ROBERT H. GOLDMAN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-656—

AMOCO OIL COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed October 18, 1974.*

AMOCO OIL COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-811—

BEVERLY FARM FOUNDATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.